**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mario Garcia-Estrada**<br>DOB: 1999; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-08615MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a) and 111(b)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 4, 2023, in the District of Arizona, Defendant **Mario Garcia-Estrada** did intentionally and forcibly assault United States Border Patrol Agent L.B., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent L.B. was engaged in, or on account of the performance of her duties, by inflicting bodily injury upon Agent L.B. All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 4, 2023, at approximately 3:56 a.m., United States Border Patrol Agent LB. responded to a remote location near Naco, Arizona. A surveillance camera had observed a group of suspected undocumented noncitizens. Agent L.B. located one person, later identified as **Mario Garcia-Estrada**, hiding in brush and arrested him. Agent L.B. arrested **Garcia-Estrada**. When Agent L.B. attempted to place **Garcia-Estrada** into the back of the patrol vehicle, **Garcia-Estrada** turned around and shoved Agent L.B. **Garcia-Estrada** then got on top of Agent L.B. and punched her several times in the face. **Garcia-Estrada** then fled on foot.

Shortly thereafter, other Border Patrol Agents who responded to the area and were able to detain **Garcia-Estrada**. Agent L.B. confirmed that the person the other agents detained was the same person who had punched her in the face several times.

Agent L.B. was taken to the hospital where Agent L.B. was treated for a broken nose.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>RAFAEL RUIZ (Affiliate)    Digitally signed by RAFAEL RUIZ (Affiliate)<br>Date: 2023.03.06 09:58:43 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Rafael Ruiz<br>Border Patrol Agent |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 6, 2023 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewing AUSA: S. Houston